IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CV-00013-BO-RJ

| | |
|---|---|
| ROBERT D. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Federal Defendants,<br><br>NATIONAL WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION,<br><br>Intervenor-Defendants. | **PLAINTIFF'S NOTICE OF APPEAL**<br><br>28 U.S.C. § 1292(a)(1)<br>Fed. R. App. P. 3<br>Fed. R. App. P. 4(a) |

Notice is hereby given that Plaintiff Robert Dean White, pursuant to 28 U.S.C. § 1292(a)(1), appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order denying his Motion for Preliminary Injunction (ECF No. 41), entered on June 18, 2024.

This 8th day of July 2024.

Respectfully submitted,

/s/ Charles T. Yates
CHARLES T. YATES*
Cal. Bar No. 327704
DAMIEN M. SCHIFF*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
CYates@pacificlegal.org
DSchiff@pacificlegal.org

PAIGE E. GILLIARD*
Cal. Bar No. 330051
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
PGilliard@pacificlegal.org

/s/ I. Clark Wright, Jr.
I. CLARK WRIGHT, JR.
N.C. Bar No. 11163
SAMANTHA E. HAMILTON
N.C. Bar No. 59772
Davis Hartman Wright LLP
209 Pollock Street
New Bern, NC 28560
(252) 262-7054 (O)
(252) 229-5900 (Cell - preferred)
icw@dhwlegal.com
seh@dhwlegal.com
*Local Civil Rule 83.1(d)*
*Attorneys for Plaintiff*

* *Special Appearance Attorney*

*Attorneys for Plaintiff Robert D. White*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

/s/ Charles T. Yates
CHARLES T. YATES*

**Special Appearance Attorney*