IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-cv-00013-BO-RJ

| | |
|---|---|
| ROBERT D. WHITE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' motion to stay the case for 60 days [DE 69] following the federal government's change of administration on January 20, 2025. The motion is not opposed by the Plaintiff, provided that the stay be time-limited and expire alongside a stay in a sister case, *United States v. White*, Case No. 2:23-cv-0001-BO-RN [DE 69 at 1]. The authority of a court to order such abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936).

The motion to stay [DE 69] is GRANTED. This case is stayed for 75 days, and the Defendants are DIRECTED to provide the Court with a status report at the expiration of the stay. The hearing scheduled for February 5, 2025, is CONTINUED, and will be reset by notice.

SO ORDERED, this 29 day of January 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE