FILED: February 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1635
(2:24-cv-00013-BO-RJ)

---

ROBERT D. WHITE

Plaintiff - Appellant

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General, United States Army Corps of Engineers; MICHAEL L. CONNOR, in his official capacity as Assistant Secretary of the Army (Civil Works); UNITED STATES OF AMERICA

Defendants - Appellees

and

NATIONAL WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION

Intervenors/Defendants – Appellees

---

O R D E R

---

Upon consideration of appellees' unopposed motion for abeyance, the court grants the motion and places this case in abeyance until April 15, 2025, to allow federal appellees time to fully brief incoming administration officials.

For the Court

/s/ Nwamaka Anowi, Clerk