IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-cv-00013-JCD-RBJ

ROBERT D. WHITE,

Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

Defendants,

NATIONAL WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION

Intervenor-Defendants.

**STATUS REPORT AND UNOPPOSED MOTION TO EXTEND ABEYANCE**

This case has been in abeyance since January 30, 2025. D.E. 70. Most recently, on June 10, 2026, the Court granted Defendant Agencies' unopposed motion to extend the abeyance for 90 days and ordered the Agencies to provide the Court with a status report at the conclusion of that time. D.E. 90. In accordance with the Court's Order, the Agencies submit this status report and motion to apprise the Court regarding recent developments and request an extension of the abeyance.

As previously reported, the Agencies solicited stakeholder input to assist the Agencies in further clarifying the definition of "waters of the United States," 90 Fed. Reg. 13428 (Mar. 24, 2025), and received more than 45,000 recommendations. *See* D.E. 78. On November 17, 2025, the Agencies signed a proposed rule titled "Updated Definition of 'Waters of the United States.'"

The proposed rule published in the Federal Register on November 20, 2025. 90 Fed. Reg. 52498. The 45-day public comment period closed on January 5, 2026. *Id*. The Agencies received more than 200,000 comments and are in the process of reviewing comments. *See* https://www.regulations.gov/document/EPA-HQ-OW-2025-0322-0001 [https://perma.cc/8YMX-HCMK].

On September 4, 2026, the Agencies announced that they signed a Supplemental Notice of Proposed Rulemaking for the *Updated Definition of "Waters of the United States."* *See* https://www.epa.gov/wotus/updated-definition-waters-united-states [https://perma.cc/72NZ-USFG]. The Agencies will take comment on this supplemental notice for 30 days after it is published in the Federal Register. *Id.*

Based on these developments, the Agencies respectfully request that the Court continue to stay the case an additional 90 days to allow the Agencies to proceed with their rulemaking. Any final action could potentially resolve the litigation or narrow the existing dispute. The Agencies propose that the Court order the Agencies to submit a status report in 90 days, at the conclusion of the stay. The Agencies conferred with the parties, and no party opposes the Agencies' request.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ENERGY AND NATURAL RESOURCES DIVISION

<u>*/s/ Sonya J. Shea*</u>
SONYA J. SHEA, CA Bar No. 305917
JIN HYUNG LEE, DC Bar No. 198095
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044

*Of Counsel:*
Simma Kupchan
Elise O'Dea
Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

Tel: (202) 598-3320 (Shea)
Tel: (202) 514-2640 (Lee)
Fax: (202) 514-8865
sonya.shea@usdoj.gov
jin.hyung.lee@usdoj.gov

W. ELLIS BOYLE
United States Attorney

ANDREW KASPER
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street Suite 2100
Raleigh, NC 27601
Office Telephone: (919) 856 - 4829
N.C. Bar No. 44515

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

/s/ *Sonya J. Shea*