FILED: September 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1635
(2:24-cv-00013-BO-RJ)

---

ROBERT D. WHITE

Plaintiff - Appellant

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General, United States Army Corps of Engineers; MICHAEL L. CONNOR, in his official capacity as Assistant Secretary of the Army (Civil Works); UNITED STATES OF AMERICA

Defendants - Appellees

and

NATIONAL WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION

Intervenors/Defendants - Appellees

---

O R D E R

---

Upon consideration of the unopposed motion to extend abeyance, the Court

grants the motion and extends the abeyance until December 7, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk