IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-cv-00013-JD-RJ

| | |
|---|---|
| ROBERT D. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants,<br><br>NATIONAL WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION<br><br>Intervenor-Defendants. | ORDER |

This matter comes before the Court on Defendants' Status Report and Unopposed Motion to Extend Abeyance. The Court, having considered the motion, and good cause appearing, GRANTS the motion, and it is HEREBY ORDERED that the case is stayed for an additional 90 days. Upon the expiration of the stay, the Defendants are directed to file a status report.

Dated this 11 day of September, 2026.

[signature]

The Hon. James C. Dever III
United States District Judge